# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK PHILLIPS, <br><br> Plaintiff, <br><br> v. <br><br> JOYCE PRIMM SCHWEICKERT, JENNIFER PAIGE SCHWEICKERT, T. JEFFREY KEANE and JANE DOE KEANE, KEANE LAW OFFICE, DOES 1-5, <br><br> Defendants. | Case No.: 18-CV-01804 MJP <br><br> **NOTICE OF APPEARANCE** |

TO:      Clerk of the Court

AND TO:  Mark Phillips, plaintiff

YOU AND EACH OF YOU will please take notice that the defendants, T. Jeffrey Keane, Jane Doe Keane, Keane Law Offices and Does 1 to 5, by and through their attorneys, T. Jeffrey Keane and Keane Law Offices, hereby appears in the above-entitled action. All further papers and pleadings, except original process, shall be served upon T. Jeffrey Keane at Keane Law Offices, 100 NE Northlake Way, Suite 200, Seattle, Washington 98105.

DATED this _5_ day of February, 2019.

KEANE LAW OFFICES

By: _____
T. Jeffrey Keane, WSBA #8465
Attorneys for Defendants Keane and Does 1-5

NOTICE OF APPEARANCE - 1

18-CV-01804 MJP

KEANE LAW OFFICES
100 NE Northlake Way, Suite 200
Seattle, Washington 98105
206-438-3737 • Facsimile 206-632-2540