|  |  |
|---|---|
| MARK PHILLIPS, | CASE NO. C18-1804 MJP |
| Plaintiff, | MINUTE ORDER |
| v. |  |
| JOYCE PRIMM SCHWIECKERT, et al., |  |
| Defendants. |  |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court, having received and reviewed Plaintiff's Motion for Service on Defendant Under 28 U.S.C. §1915 (Dkt. No. 15) and Defendants' Response (Declaration of T. Jeffrey Keane Regarding Plaintiff's Motion; Dkt. No. 20), rules as follows:

IT IS ORDERED that the motion is denied as MOOT. It appears that Plaintiff has successfully issued a service waiver to Plaintiff Joyce Schwieckert and her counsel has filed a

declaration that she will respond affirmatively within the statutory time period.  The Court finds that the motion requested is not required at this time.

      The clerk is ordered to provide copies of this order to Plaintiff and to all counsel.

Filed March 19, 2019.

William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk