# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARK PHILLIPS,<br><br>    Plaintiff,<br><br> v.<br><br>JOYCE PRIMM SCHWIECKERT, et al.,<br><br>    Defendant. | CASE NO. C18-1804 MJP<br><br>MINUTE ORDER |

  The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

  On March 26, 2019, Plaintiff filed a motion entitled "Plaintiff's Motion to Disqualify Defendant Joyce P. Schweickert and Jennifer P. Schweickert's Counsel T.J. Keane and The Keane Law Firm." (Dkt. No. 31.) The motion contains sixteen pages of briefing.

  Plaintiff is referred to the Local Rules. As his motion is neither a motion for summary judgment, a motion to dismiss, a motion for class certification, a motion for a temporary restraining order, a motion for preliminary injunction or a motion aimed at changing the forum, it

| | |
|---|---|
| 1 | is governed by the page limitations at LCR 7(e)(4), which restrict the opening brief of such a |
| 2 | motion to twelve pages, and reply briefing to six pages. |
| 3 | Plaintiff's motion is STRICKEN without prejudice; i.e., he is free to re-file the motion |
| 4 | within the proper page limits. |
| 6 | The clerk is ordered to provide copies of this order to Plaintiff and to all counsel. |
| 7 | Filed March 26, 2019. |

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk