UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK PHILLIPS, <br><br> Plaintiff, <br><br> v. <br><br> JOYCE PRIMM SCHWIECKERT, et al., <br><br> Defendants. | CASE NO. C18-1804 MJP <br><br> ORDER STAYING CASE |

On April 3, 2019, the Court held a conference with the parties in open court to discuss the status of the companion dissolution action in state court and the Court's concerns about possible conflict of interest issues raised by Defendant Keane's representation of himself and the other Defendants while a party to the case. At the conclusion of the hearing, the Court ruled as follows:

IT IS ORDERED that this matter is STAYED until 30 days after the issuance of Findings of Fact and Conclusions of Law and a dissolution decree in the underlying state proceedings. Once the parties have notified the Court of that occurrence, they will be required to submit a

Joint Status Report which reflects the participation of all parties in the preparation of a single document.

IT IS FURTHER ORDERED that, should this matter proceed forward following the conclusion of the dissolution proceedings, defense counsel will provide the Court with waivers from the individual Defendants of any conflicts represented by his continuing representation, as well as an affidavit indicating how he intends to present evidence on his own behalf while acting both as his own attorney and the attorney for the other Defendants.

The clerk is ordered to provide copies of this order to Plaintiff and to all counsel.

Dated April 3, 2019.

Marsha J. Pechman
United States Senior District Judge