The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK PHILLIPS,<br><br>  Plaintiff,<br><br>v.<br><br>JOYCE PRIMM SCHWEICKERT, JENNIFER PAIGE SCHWEICKERT, T. JEFFREY KEANE, KEANE LAW OFFICE, DOES 1-5,<br><br>  Defendants. | Case No.: 18-CV-01804 MJP<br><br>**ORDER GRANTING DEFENDANT JENNIFER SCHWEICKERT'S MOTION TO SUBSTITUTE HERSELF FOR MARK PHILLIPS AS PLAINTIFF**<br><br>NOTED ON MOTION CALENDAR:<br>November 8, 2019<br><br>[Proposed] |

This matter came before the Court on Defendant Jennifer Schweickert's Motion to Substitute Herself for Mark Phillips as Plaintiff. The Court considered all the materials submitted by the parties.

Defendant Jennifer Schweickert's Motion to Substitute Herself for Mark Phillips as Plaintiff is GRANTED.

Dated this 14 day of Nov., 2019.

_____
MARSHA J. PECHMAN
United States District Judge

ORDER GRANTING DEF. JENNIFER
SCHWEICKERT'S MOTION TO SUBSTITUTE
HERSELF AS PLAINTIFF - 1

KEANE LAW OFFICES
100 NE Northlake Way, Suite 200
Seattle, Washington 98105
206-438-3737 • Facsimile 206-632-2540

1  Presented by:

2  KEANE LAW OFFICES

3

4  /s/ T. Jeffrey Keane
T. Jeffrey Keane, WSBA #8465
Attorney for Defendants Jennifer Schweickert, T. Jeffrey Keane, and Keane Law Offices
5  Keane Law Offices
6  100 NE Northlake Way, Suite 200
Seattle, WA 98105
7  Phone: 206/438-3737
Fax:    206/632-2540
8  tjk@tjkeanelaw.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER GRANTING DEF. JENNIFER
SCHWEICKERT'S MOTION TO SUBSTITUTE
HERSELF AS PLAINTIFF - 2

KEANE LAW OFFICES
100 NE Northlake Way, Suite 200
Seattle, Washington 98105
206-438-3737 • Facsimile 206-632-2540