The Hon. Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

JENNIFER P. SCHWEICKERT, substituted for Mark Phillips,

    Plaintiff,

v.

JOYCE PRIMM SCHWEICKERT, JENNIFER PAIGE SCHWEICKERT, T. JEFFREY KEANE, KEANE LAW OFFICES, DOES 1-5,

    Defendants.

Case No.: 18-CV-01804 MJP

**STIPULATED MOTION FOR DISMISSAL OF PLAINTIFF'S COMPLAINT AND ORDER**

**Noted for Consideration: December 5, 2019**

By prior order of this Court, following a judicially mandated assignment of all rights and interest in this matter once held by former plaintiff Mark Phillips to present plaintiff Jennifer Schweickert, which was ordered by the Honorable Regina Cahan in her Order of Dissolution, and Findings of Fact and Conclusions of Law entered on August 22, 2019, in *Schweickert v. Phillips*, King County Superior Court Cause No. 18-3-01411-9 SEA, this Court on November 14, 2019 substituted Ms. Jennifer Schweickert as the sole party plaintiff in this matter.

Accordingly Plaintiff Jennifer P. Schweickert, pursuant to Fed.R.Civ.P. 41(a)(2)(ii), hereby requests that this Court dismiss this action and all components thereof against defendants Jennifer Paige Schweickert, Joyce Primm Schweickert, T. Jeffrey Keane and Keane Law Offices, with prejudice and without costs or fees to any party. As the Court can

see, Mr. Tuvim, counsel for Ms. Joyce Schweickert, joins the request for dismissal with prejudice.

Dated this 5th day of December, 2019.

| KEANE LAW OFFICES | GORDON REES SCULLY MANSUKHANI |
|---|---|
| */s/ T. Jeffrey Keane*_____<br>T. Jeffrey Keane, WSBA #8465<br>Attorney for Jennifer P. Schweickert,<br> T. Jeffrey Keane, Keane Law Offices | */s/ Mark Tuvim*_____<br>Mark Tuvim, WSBA #31909<br>Attorney for Joyce Primm Schweickert |

## ORDER

Pursuant to the Plaintiff's motion, and in light of the stipulation of all parties thereto, it is hereby

ORDERED that Plaintiff's Complaint is dismissed with prejudice and without an award of costs or fees to any party.

Entered this __10th___ day of December, 2019.

_____
Marsha J. Pechman
United States Senior District Judge

Presented by:

KEANE LAW OFFICES

*/s/ T. Jeffrey Keane*_____
T. Jeffrey Keane, WSBA# 8465
Attorney for Jennifer P. Schweickert,
 T. Jeffrey Keane, Keane Law Offices

STIPULATED MOTION FOR DISMISSAL OF
PLAINTIFF'S COMPLAINT AND ORDER - 2